**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RASHEEN ARTERBERRY,** | NO. CV 15-1061 JFW (KS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| **JOE LIZARRAGA,** | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:   January 28, 2016

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE